No. 24-5536
_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT
_____

Knife Rights, Inc.; Eliot Kagan; James Miller; Garrison Ham; North County Shooting Center, Inc.; and PWGG L.P.,

Appellants.

v.

Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,

Respondents.
_____

On Appeal from the United States District Court
for the Southern District of California
(Case No.: 3:23-CV-00474-JES-DDL)
_____

### APPELLANTS' UNOPPOSED MOTION TO EXTEND THE TIME TO FILE APPELLANTS' OPENING BRIEF; AND SUPPORTING DECLARATION OF JOHN W. DILLON

_____

John W. Dillon (296788)
Dillon Law Group
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
jdillon@dillonlawgp.com
Telephone: (760) 642-7150
Fax: (760) 642-7151
*Attorneys for Plaintiffs Knife Rights, Incl; Eliot Kagan; James Miller; Garrison Ham; North County Shooting Center, Inc.; and PWGG L.P.*

1

## APPELLANTS' REQUEST FOR FINAL EXTENSION

Pursuant to Ninth Circuit Rule 31-2.2, Plaintiffs-Appellants Knife Rights, Inc., Eliot Kaagan, James (Jim) Miller, Garrison Ham, North County Shooting Center, Inc., and PWGG L.P. submit this unopposed motion to extend the time in which to file Appellants' Opening Brief on this appeal, up to and including Monday, February 3, 2025.

The District Court issued its decision on the parties' cross-motions for summary judgment entered and judgment on August 23, 2024. Appellants filed their notice of appeal on September 11, 2024. Presently, Appellants' must file their appellate opening brief on January 2, 2025. This Court may extend that due date for good cause, including a showing of diligence and substantial need. See 9th Cir. R. 31-2.2(b); see also Fed. R. App. P. 26(b), 40(a)(1). As set forth below and in the accompanying Declaration of John W. Dillon (Dillon Decl.), a substantial need exists for the 32-day extension requested, and good cause exists to grant the request. See 9th Cir. R. 31-2.2(b); Dillon Decl. ¶¶ 4-10. Several considerations support the Appellants' request.

At the outset, the extension of time is necessary to allow the Appellants and their counsel sufficient time to review the record, complete the excerpts of record, confer with the clients, conduct and update legal research, and complete Appellants' opening brief. Dillon Decl. ¶ 5. This case also involves significant constitutional questions of first impression in the Ninth Circuit, namely whether California's ban on automatically opening knives with blade lengths two inches or more violates Appellants' Second Amendment rights. More specifically, this Court must decide whether automatically opening knives ("switchblades") are "arms" under the plain text of the Second Amendment; and if so, whether there is sufficient historical justification of similar arms restrictions in this Country's history to justify the present ban. *Id*.

Second, the District Court's decision and judgment are based on the parties' summary judgment motions, which contain voluminous evidence that will be included in Appellants opening brief and excerpts of appendix. This record includes several deposition transcripts, and thousands of pages of additional evidence. Appellants' counsel needs additional time to thoroughly and properly identify and reference the factual and relevant material in this record. Dillon Decl. ¶ 6.

Third, counsel for Appellants has primary briefing responsibility for this appeal, and has an impacted calendar on other active matters requiring significant attention in the coming weeks, including dispositive motion briefing, out-of-state court appearances, depositions, and other discovery in at least two federal court matters and other state court matters. Dillon Decl. ¶ 7. Further, Appellants' counsel commits that this will be the *last* request for continuance.

Fourth, counsel for Appellants has worked diligently on this case, intends to continue to do so, and believes that the requested additional time (32 days) will allow counsel to provide this Court with a substantive opening brief and record. Dillon Decl. ¶ 10; see also 9th Cir. R. 31-2.2(b)(5). Appellants have received one previous extension via the Court's streamlined request to extend time. *Id*. In compliance with Circuit Rule 31-2.2(b), this motion is also filed at least seven (7) days before expiration of the time prescribed for Appellants' opening brief. Dillon Decl. ¶ 11.

Fifth, Appellants' opening brief, and its preparatory time, falls within the holidays, and the holiday schedule makes it difficult for me to meaningfully confer with my clients regarding Appellants' opening brief, and revisions thereto, due to the holidays and vacation schedules. Dillon Decl. ¶ 8.

3

On December 16, 2024, at 2:46 p.m., counsel for Appellants emailed Deputy District Attorney Katrina Uyehara, counsel for Defendants-Appellees, informing counsel that Plaintiffs-Appellants intended to request this extension and asking whether Defendants-Appellees would like to join in this request, and if not, whether they would oppose the request. Dillon Decl. ¶ 12. On December 17, 2024, Appellants' counsel sent a follow up email making the same request. Dillon Decl. ¶ 13. On May 17, 2024, at 6:39 p.m., Deputy AG Katrina Uyehara replied on behalf of Defendants-Appellees, stating that Defendants-Appellees do not oppose or object to this motion. Dillon Decl. ¶ 14.

## CONCLUSION

For the reasons stated above and set forth in the Dillon Decl. filed herewith, Appellants respectfully request that the Court grant their unopposed request for a final 32-day extension of time and set the due date for filing Appellants' Opening Brief no later than Monday, February 3, 2025. Appellants also request that the Court extend all other opposition and reply deadlines for each side.

December 19, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DILLON LAW GROUP, APC

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John W. Dillon
　　　　　　　　　　　　　　　　　　California State Bar No. 296788
　　　　　　　　　　　　　　　　　　jdillon@dillonlawgp.com
　　　　　　　　　　　　　　　　　　**DILLON LAW GROUP APC**
　　　　　　　　　　　　　　　　　　2647 Gateway Road
　　　　　　　　　　　　　　　　　　Suite 105, No. 255
　　　　　　　　　　　　　　　　　　Carlsbad, California 92009
　　　　　　　　　　　　　　　　　　Phone: (760) 642-7150

4

Fax: (760) 642-7151

Attorneys for Plaintiffs

5