Case No. 24-5536

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

Knife Rights, Inc.; Eliot Kagan; James Miller; Garrison Ham; North County Shooting Center, Inc.; and PWGG L.P.,

Appellants.

v.

Rob Bonta, in his official capacity as Attorney General of the State of California, *et al*.,

Respondents.

_____

On Appeal from the United States District Court
for the Southern District of California
(Case No.: 3:23-CV-00474-JES-DDL)

_____

## EXCERPTS OF RECORD
## INDEX VOLUME

_____

John W. Dillon (296788)
Dillon Law Group
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
jdillon@dillonlawgp.com
Telephone: (760) 642-7150
Fax: (760) 642-7151

*Attorneys for Plaintiffs Knife Rights, Incl; Eliot Kagan; James Miller; Garrison Ham; North County Shooting Center, Inc.; and PWGG L.P.*

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

# Excerpts of Record
# Index

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 15** | | | |
| Judgment in a Civil Case | 8/23/24 | 51 | ER-00002 |
| Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment | 8/23/24 | 50 | ER-00003-00019 |
| **VOLUME 2 of 15** | | | |
| Plaintiffs' Notice of Supplemental Authority | 7/25/24 | 48 | ER-00021-00024 |
| Exhibit A to Notice of Supplemental Authority: *Kristin Worth v. Bob Jacobson*, No. 23-2248, slip opinion (8th Cir., July 16, 2024) | 7/25/24 | 48 | ER-00025-00052 |
| Defendant's Notice of Supplemental Authority | 7/17/24 | 46 | ER-00053-00057 |
| Exhibit A to Notice of Supplemental Authority (*U.S. v. Rahimi*) | 7/17/24 | 46-1 | ER-00058-00161 |
| Plaintiff's Notice of Supplemental Authority | 6/27/24 | 45 | ER-00162-00166 |
| Exhibit A to Notice of Supplemental Authority (U.S. v. Rahimi) | 6/27/24 | 45-1 | ER-00167-00270 |
| **VOLUME 3 of 15** | | | |
| Transcript of Proceedings (May 8, 2024) | 5/21/24 | 42 | ER-00272-00322 |
| Plaintiffs Notice of Supplemental Authority | 5/17/24 | 41 | ER-00323-00327 |
| Exhibit A to Plaintiffs Notice of Supplemental Authority: *U.S. v. Duarte* | 5/17/24 | 41-1 | ER-00328-00358 |
| Plaintiffs' Reply to Defendant's Opposition to Plaintiffs Motion for Summary Judgment | 4/15/24 | 38 | ER-00359-00372 |

1

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Plaintiffs' Opposition to Defendant's Objections to Rebuttal Report and Declaration of David T. Hardy | 4/15/24 | 38-1 | ER-00373-00377 |
| Defendants Reply in Support of Motion for Summary Judgment | 4/15/24 | 37 | ER-00378-00392 |
| Defendants Opposition to Plaintiffs Motion for Summary Judgment | 4/8/24 | 36 | ER-00393-00420 |
| Declaration of Katrina Uyehara in Support of Opposition | 4/8/24 | 36-1 | ER-00421-00474 |
| Exh. 1: Deposition of Plaintiffs' Rebuttal Expert Michael D. Janich, February 8, 2024 | 4/8/24 | 36-1 | |
| Expert Report and Declaration of Brennan Rivas | 4/8/24 | 36-2 | ER-00475-00493 |
| Exh. 1: Curriculum Vitae of Brennan Rivas | 4/8/24 | 36-2 | ER-00494-00499 |
| Exh. 2: Ohio 1880 at 78-90 | 4/8/24 | 36-2 | ER-00500-00502 |
| Exh. 3: Jefferson City: Carter & Regan | 4/8/24 | 36-2 | ER-00503-00505 |
| Exh. 4: "What They Think of It: The State Press on the Carrying of Concealed Weapons" | 4/8/24 | 36-2 | ER-00506-00507 |
| Exh. 5: "Concealed Weapons: What Is Thought of the Practice by the Press of the State" | 4/8/24 | 36-2 | ER-00508-00509 |
| Exh. 6: "Concealed Weapons" | 4/8/24 | 36-2 | ER-00510-00511 |
| Exh. 7: 1838 Tenn. Ch. 137 | 4/8/24 | 36-2 | ER-00512-00514 |
| Exh. 8: "Carrying Concealed Weapons" | 4/8/24 | 36-2 | ER-00515-00516 |
| Exh. 9: "The Bowie Knife" | 4/8/24 | 36-2 | ER-00517-00518 |
| Exh. 10: "Bowie Knife, The Slave's Friend" | 4/8/24 | 36-2 | ER-00519-00520 |
| Exh. 11: 1820 Ala. 10, § 3 | 4/8/24 | 36-2 | ER-00521-00522 |

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. 12: 1846 Fla. Ch. 75 | 4/8/24 | 36-2 | ER-00523-00525 |
| Exh. 13: 1821 Tenn. Ch. 13 | 4/8/24 | 36-2 | ER-00526-00528 |
| Exh. 14: Tenn. 1801 ch. 22 | 4/8/24 | 36-2 | ER-00529-00532 |
| Exh. 15: 1812 Ken., ch. 89 | 4/8/24 | 36-2 | ER-00533-00535 |
| Exh. 16: 1813 La., ch. 5 | 4/8/24 | 36-2 | ER-00536-00540 |
| Exh. 17: 1819 Ind., ch. 23 | 4/8/24 | 36-2 | ER-00541-00543 |
| Exh. 18: 1821 Miss., ch. 49 | 4/8/24 | 36-2 | ER-00544-00545 |
| Exh. 19: Vir., ch. 101 | 4/8/24 | 36-2 | ER-00546-00548 |
| Exh. 20: Ala., ch. 7 | 4/8/24 | 36-2 | ER-00549-00551 |
| Exh. 21: 1838 Fla. 36 | 4/8/24 | 36-2 | ER-00552-00553 |
| Exh. 22: 1844 Miss. Ch. 8, Art. 16, § 1 | 4/8/24 | 36-2 | ER-00554-00555 |
| Exh. 23: 1850 N. C. ch. 121, § 5 | 4/8/24 | 36-2 | ER-00556-00565 |
| Exh. 24: 1851 Ala. ch. 1, § 1 | 4/8/24 | 36-2 | ER-00565-00568 |
| **VOLUME 4 of 15** | | | |
| Exh. 25: 1856 N.C. ch. 34, § 23 (4) | 4/8/24 | 36-2 | ER-00570-00577 |
| Exh. 26: 1858 N.C. ch 25, § 27 (15) | 4/8/24 | 36-2 | ER-00578-00587 |
| Exh. 27: 1866 Ala. ch. 260, § 2 (10) | 4/8/24 | 36-2 | ER-00588-00593 |
| Exh. 28: A.J. Walker, ed., *Revised Code of Alabama* (Montgomery: Reid & Screws, 1867), 169 | 4/8/24 | 36-2 | ER-00594-00598 |
| Exh. 29: 1861 Miss. ch. 125 | 4/8/24 | 36-2 | ER-00599-00601 |

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. 30: 1888 Ga. ch. 103, "Amending Charter of Jesup," § 46, Art. 30 | 4/8/24 | 36-2 | ER-00602-00621 |
| Exh. 31: 1889 Ga., ch. 640, "New Charter for Cedartown," § 36, Art. 30 | 4/8/24 | 36-2 | ER-00622-00641 |
| Exh. 32: 1891 N.C., ch. 327, "An Act to charter the Town of Leicester in the County of Buncombe, North Carolina," § 44. | 4/8/24 | 36-2 | ER-00642-00653 |
| Exh. 33: 1884 Ga., ch. 52 "For Support of State Government, 1885-86," § 2, Art 18 | 4/8/24 | 36-2 | ER-00654-00666 |
| Exh. 34: 1886 Ga., 14 "General Tax Act for 1887 and 1888," § 2, Art. 18 | 4/8/24 | 36-2 | ER-00667-00676 |
| Exh. 35: 1888 Ga., ch. 123 "General Tax Act for 1889 and 1890," § 2, Art. 17 | 4/8/24 | 36-2 | ER-00677-00688 |
| Exh. 36: 1890 Ga., ch. 131 "General Tax Act," § 2, Art. 16 | 4/8/24 | 36-2 | ER-00689-00700 |
| Exh. 37: 1892 Ga., ch. 133 "General Tax Act," § 2, Art. 16 | 4/8/24 | 36-2 | ER-00701-00714 |
| Exh. 38: 1894 Ga., ch. 151 "General Tax Act for 1895 and 1896," § 2, Art. 16 | 4/8/24 | 36-2 | ER-00715-00727 |
| Exh. 39: 1882 Ga. ch. 18, "For Support of State Government, 1883-84," § 2, Art. 18 | 4/8/24 | 36-2 | ER-00728-00735 |
| Exh. 40: Wade Keyes et al, eds., *Code of Alabama 1876* (Montgomery: Barrett & Brown, printers for the State, 1877), 292 | 4/8/24 | 36-2 | ER-00736-00739 |
| Exh. 41: 1886 Ala., ch. 3, § 5 (17) | 4/8/24 | 36-2 | ER-00740-00748 |
| Exh. 42: Robert C. Brickell et al, eds., *Code of Alabama* (Nashville: Marshall & Bruce), 194; William L. Martin, ed., *Code of Alabama* (Atlanta: Foote & Davies, 1897), 1137 | 4/8/24 | 36-2 | ER-00749-00842 |
| Exh. 43: 1898 Ala. ch. 903, § 16, (66) | 4/8/24 | 36-2 | ER-00753-00780 |
| Exh. 44: Robert C. Brickell et al., eds., *Code of Alabama* (Nashville: Marshall & Bruce, 1887), 191 n. 11 | 4/8/24 | 36-2 | ER-00781-00783 |
| Exh. 45: 1862 Tenn. ch. 23 | 4/8/24 | 36-2 | ER-00784-00786 |

4

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. 46: 1879 Tenn. Ch. 96 | 4/8/24 | 36-2 | ER-00787-00789 |
| Exh. 47: Ark. 1881 ch. 96, § 3 | 4/8/24 | 36-2 | ER-00790-00792 |
| Expert Report and Declaration of Robert Escobar | 4/8/24 | 36-3 | ER-00793-00807 |
| Exh. A: Curriculum Vitae of Robert Escobar | 4/8/24 | 36-3 | ER-00808-00811 |
| Expert Report and Declaration of Robert Spitzer | 4/8/24 | 36-4 | ER-00812-00842 |
| **VOLUME 5 of 15** | | | |
| Exh. A: Curriculum Vitae of Robert J. Spitzer | 4/8/24 | 36-4 | ER-00844-00896 |
| Exh. B: Bowie Knife Laws by Type | 4/8/24 | 36-4 | ER-00897-00900 |
| Exh. C: Dangerous Weapons Restrictions (Years of Enactment) | 4/8/24 | 36-4 | ER-00901-00905 |
| Exh. D: Dangerous Weapons Laws | 4/8/24 | 36-4 | ER-00906-01008 |
| Objection to Rebuttal Report and Declaration of David Hardy | 4/8/24 | 36-5 | ER-01009-01012 |
| Plaintiffs' Opposition to Defendant's Motion for Summary Judgment | 4/8/24 | 35 | ER-01013-01041 |
| Plaintiffs' Notice of Motion for Summary Judgment | 3/6/24 | 34 | ER-01042-01045 |
| Plaintiffs' Memorandum of Points and Authorities in Support of Notice of Motion and Motion for Summary Judgment | 3/6/24 | 34-1 | ER-01046-01074 |
| Appendix in Support of Plaintiffs' Motion for Summary Judgment (**Part I**: Bates No. KR0001-KR0085) | 3/6/24 | 34-2 | ER-01075-01081 |
| Exh. A: Declaration of John W. Dillon in Support of Plaintiffs' Motion for Summary Judgment | 3/6/24 | 34-2 | ER-01082-01087 |
| Exh. B: California Penal Code sections 17235, 21510, and 21590 | 3/6/24 | 34-2 | ER-01088-01091 |

5

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. C: Declaration of Garrison Ham in Support of Plaintiffs' Motion for Summary Judgment | 3/6/24 | 34-2 | ER-01092-01096 |
| Exh. D: Declaration of Eliot Kaagan in Support of Plaintiffs' Motion for Summary Judgment | 3/6/24 | 34-2 | ER-01097-01102 |
| Exh. E: Declaration of John Phillips in Support of Plaintiffs' Motion for Summary Judgment | 3/6/24 | 34-2 | ER-01103-01109 |
| Exh. F: Declaration of Doug Ritter in Support of Plaintiffs' Motion for Summary Judgement | 3/6/24 | 34-2 | ER-01110-01117 |
| **VOLUME 6 of 15** | | | |
| Exh. G: Excerpts from THE COLLECTOR'S GUIDE TO SWITCHBLADE KNIVES 30 (2001) | 3/6/24 | 34-2 | ER-01119-01166 |
| Appendix in Support of Plaintiffs' Motion for Summary Judgment (**Part II**: Bates No. KR0086-KR0438) | 3/6/24 | 34-3 | ER-01167-01201 |
| Exh. H: Excerpts from SWITCHBLADES OF ITALY 7-8 (2003) | 3/6/24 | 34-3 | ER-01202-01207 |
| Exh. I: Excerpts from Pocket Knives: The Collector's Guide to Identifying, Buying, and Enjoying Vintage Pocket Knives | 3/6/24 | 34-3 | ER-01208-01213 |
| Exh. J: National Switchblade Laws Update | 3/6/24 | 34-3 | ER-01214-01219 |
| Exh. K: Pocketknife Definition & Meaning: Merrium-Webster | 3/6/24 | 34-3 | ER-01220-01223 |
| Exh. L: Excerpts from American Knives: The First History and Collectors' Guide | 3/6/24 | 34-3 | ER-01224-01229 |
| Exh. M: Knives and the Second Amendment | 3/6/24 | 34-3 | ER-01230-01279 |
| Exh. N: Excerpts from Swords & Blades of the American Revolution | 3/6/24 | 34-3 | ER-01280-01285 |
| Exh. O: Excerpts from Arms and Armor in Early Colonial America 1526-1783 | 3/6/24 | 34-3 | ER-01286-01287 |
| Exh. P: Excerpts from Knife Bible: History & Modern Knowledge | 3/6/24 | 34-3 | ER-01292-01300 |

6

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. Q: The Second Amendment Rights of Young Adults | 3/6/24 | 34-3 | ER-01301-01416 |
| **VOLUME 7 of 15** | | | |
| Ex. Q: The Second Amendment Rights of Young Adults (continued) | 3/6/24 | 34-3 | ER-01418-01421 |
| Exh. R: Senate Report No. 1429, Juvenile Delinquency, Report of the Committee of the Judiciary United States Senate (85th Cong., 2d sess.) Made by its Subcommittee on Juvenile Delinquency Pursuant to S. Res. 52 as extended (85th Cong., 1st sess.) Together with Individual Views | 3/6/24 | 34-3 | ER-01422-01453 |
| Exh. S: Hearing Before the Subcommittee to Investigate Juvenile Delinquency of the Committee on the Judiciary United States Senate Eighty- Fifth Congress First Session, Pursuant to S.Res.52 Eighty- Fifth Congress Investigation of Juvenile Delinquency in the United States, December 4, 1957 | 3/6/24 | 34-3 | ER-01454-01521 |
| Appendix in Support of Plaintiffs' Motion for Summary Judgment (**Part III**: Bates No. KR0439-KR1044) | 3/6/24 | 34-4 | ER-01522 |
| Exh. S: (partial Exh. S) | 3/6/24 | 34-4 | ER-01523-01652 |
| Exh. T: Senate Report No. 1980 | 3/6/24 | 34-4 | ER-01653-01668 |
| Exh. U: Criminal Use of Switchblades | 3/6/24 | 34-4 | ER-01669-01716 |
| **VOLUME 8 of 15** | | | |
| Exh. U: Criminal Use of Switchblades (continued) | 3/6/24 | 34-4 | ER-01718-01725 |
| Exh. V: Excerpts from Antique American Switchblades | 3/6/24 | 34-4 | ER-01726-01729 |
| Exh. W: History of Latama Cutlery | 3/6/24 | 34-4 | ER-01730-01738 |
| Exh. X: The History of Bans on Types of Arms Before 1900 | 3/6/24 | 34-4 | ER-01739-01914 |

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. Y: Expert Report and Declaration of Brennan Rivas | 3/6/24 | 34-4 | ER-01915-02016 |
| **VOLUME 9 of 15** | | | |
| Exh. Y: Expert Report and Declaration of Brennan Rivas (continued) | 3/6/24 | | ER-02018-02130 |
| Appendix in Support of Plaintiffs' Motion for Summary Judgment (**Part IV**: Bates No. KR1045-KR2128) | 3/6/24 | 34-5 | ER-2131-02233 |
| Exh. Z: Expert Report and Declaration of Robert Spitzer (with Plaintiffs Highlights) | 3/6/24 | 34-5 | ER-02234-02316 |
| **VOLUME 10 of 15** | | | |
| Exh. Z: Expert Report and Declaration of Robert Spitzer (with Plaintiffs Highlights) (continued) | 3/6/24 | 34-5 | ER-02318-02431 |
| Exh. AA: Expert Report and Declaration of Robert Escobar | 3/6/24 | 34-5 | ER-02432-02451 |
| Exh. AB: Deposition Transcript of Professor Robert J. Spitzer, February 7, 2024 | 3/6/24 | 34-5 | ER-02452-02602 |
| Exh. AC: Deposition Transcript of Dr. David T. Hardy, February 15, 2024 | 3/6/24 | 34-5 | ER-02603-02616 |
| **VOLUME 11 of 15** | | | |
| Exh. AC: Deposition transcript of Dr. David T. Hardy, February 15, 2024 (continued) | 3/6/24 | 34-5 | ER-02618-02760 |
| Exh. AD: Deposition Transcript of Michael Janich, February 8, 2024 | 3/6/24 | 34-5 | ER-02761-02886 |
| Exh. AE: Rebuttal Report and Declaration of David T. Hardy Rebutting Expert Reports and Declarations of Robert Spitzer and Dr. Brennan Rivas | 3/6/24 | 34-5 | ER-02887-02909 |
| Exh. AF: Deposition Transcript of Robert Escobar, February 9, 2024 (with Plaintiffs' highlights) | 3/6/24 | 34-5 | ER-02910-02916 |
| **VOLUME 12 of 15** | | | |

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. AF: Continued | 3/6/24 | 34-5 | ER-02918-03055 |
| Exh. AG: Michael Janich's Expert Rebuttal Report and Declaration Rebutting Expert Report and Declaration of Robert Escobar | 3/6/24 | 34-5 | ER-03056-03081 |
| Exh. AH: Deposition Transcript of Brennan Rivas, February 12, 2024 (with Plaintiffs' highlights) | 3/6/24 | 34-5 | ER-03082-03215 |
| **VOLUME 13 of 15** | | | |
| Exh. AI: Pictures of Automatic Opening Knife Advertisements | 3/6/24 | 34-5 | ER-03217-03219 |
| Appendix in Support of Plaintiffs' Motion for Summary Judgment (**Part V**: Bates No. KR2129-KR2146) | 3/6/24 | 34-6 | ER-03220-03236 |
| Exh. AJ: Comparison Photographs of various knife models (manual vs. automatic) | 3/6/24 | 34-6 | ER-03237-03238 |
| Appendix in Support of Plaintiffs' Motion for Summary Judgment (**Part VI**: Bates No. KR2147-KR2168) | 3/6/24 | 34-7 | ER-03239-03243 |
| Exh. AK: *Sporting Knives and Tools in America: Essential to Daily Life* Summary Report | 3/6/24 | 34-7 | ER-03244-03245 |
| Exh. AL: Declaration of Darin Prince in Support of Plaintiffs Motion for Summary Judgment | 3/6/24 | 34-7 | ER-03246-03251 |
| Exh. AM: Declaration of James "Jim" Miller in Support of Plaintiffs Motion for Summary Judgment | 3/6/24 | 34-7 | ER-03252-03257 |
| Exh. AN: Article *The Toy That Kills*, published by Woman's Home Companion in November 1950 | 3/6/24 | 34-7 | ER-03258-03261 |
| Defendant Attorney General Rob Bonta's Notice of Motion and Motion for Summary Judgment | 3/6/24 | 33 | ER-03262-03264 |
| Memorandum of Points and Authorities in Support of Defendant Attorney General Rob Bonta's Motion for Summary Judgment | 3/6/24 | 33-1 | ER-03265-03289 |

9

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Declaration of Katrina Uyehara in Support of Defendant Attorney General Rob Bonta's Motion for Summary Judgment | 3/6/24 | 33-2 | ER-03290-03291 |
| Exh. 1: Legislative Intent for Stats 1957 Ch. 355 (AB 202), November 9, 2023 | 3/6/24 | 33-2 | ER-03292-03312 |
| Exh. 2: Legislative Intent for Stats 1963 Ch. 1677 (AB 3045), November 9, 2023 | 3/6/24 | 33-2 | ER-03313-03341 |
| Exh. 3: Deposition of Plaintiffs' Rebuttal Expert Michael D. Janich, February 8, 2024 | 3/6/24 | 33-2 | ER-03342-003389 |
| Exh. 4: Deposition of Plaintiffs' Rebuttal Expert David T. Hardy, February 15, 2024 | 3/6/24 | 33-2 | ER-03390-03434 |
| Exh. 5: Plaintiff Knife Rights, Inc.'s Response to Defendant's First Set of Interrogatories (Set One) | 3/6/24 | 33-2 | ER-03435-03444 |
| Expert Report and Declaration of Brennan Rivas | 3/6/24 | 33-3 | ER-03445-03463 |
| Exh. 1: Curriculum Vitae of Brennan Rivas | 3/6/24 | 33-3 | ER-03464-3469 |
| Exh. 2: Ohio 1880 at 78-90 | 3/6/24 | 33-3 | ER-03470-03472 |
| Exh. 3: Jefferson City: Carter & Regan | 3/6/24 | 33-3 | ER-03473-03475 |
| Exh. 4: "What They Think of It: The State Press on the Carrying of Concealed Weapons" | 3/6/24 | 33-3 | ER-03476-03477 |
| Exh. 5: "Concealed Weapons: What Is Thought of the Practice by the Press of the State" | 3/6/24 | 33-3 | ER-03478-03479 |
| Exh. 6: "Concealed Weapons" | 3/6/24 | 33-3 | ER-03480-03481 |
| Exh. 7: 1838 Tenn. Ch. 137 | 3/6/24 | 33-3 | ER-03482-3484 |
| Exh. 8: "Carrying Concealed Weapons" | 3/6/24 | 33-3 | ER-03485-03486 |
| Exh. 9: "The Bowie Knife" | 3/6/24 | 33-3 | ER-03487-03488 |
| Exh. 10: "Bowie Knife, The Slave's Friend" | 3/6/24 | 33-3 | ER-03489-03490 |

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. 11: 1820 Ala. 10, § 3 | 3/6/24 | 33-3 | ER-03491-03492 |
| Exh. 12: 1846 Fla. Ch. 75 | 3/6/24 | 33-3 | ER-03493-03495 |
| Exh. 13: 1821 Tenn. Ch. 13 | 3/6/24 | 33-3 | ER-03496-03498 |
| Exh. 14: Tenn. 1801 ch. 22 | 3/6/24 | 33-3 | ER-03499-03502 |
| Exh. 15: 1812 Ken., ch. 89 | 3/6/24 | 33-3 | ER-03503-03505 |
| Exh. 16: 1813 La., ch. 5 | 3/6/24 | 33-3 | ER-03506-03510 |
| Exh. 17: 1819 Ind., ch. 23 | 3/6/24 | 33-3 | ER-03511-03513 |
| Exh. 18: 1821 Miss., ch. 49 | 3/6/24 | 33-3 | ER-03514-03515 |
| **VOLUME 14 of 15** | | | |
| Exh. 19: Vir., ch. 101 | 3/6/24 | 33-3 | ER-03517-03519 |
| Exh. 20: Ala., ch. 7 | 3/6/24 | 33-3 | ER-03520-03522 |
| Exh. 21: 1838 Fla. 36 | 3/6/24 | 33-3 | ER-03523-03524 |
| Exh. 22: 1844 Miss. Ch. 8, Art. 16, § 1 | 3/6/24 | 33-3 | ER-03525-03526 |
| Exh. 23: 1850 N. C. ch. 121, § 5 | 3/6/24 | 33-3 | ER-03527-03535 |
| Exh. 24: 1851 Ala. ch. 1, § 1 | 3/6/24 | 33-3 | ER-03536-03539 |
| Exh. 25: 1856 N.C. ch. 34, § 23 (4) | 3/6/24 | 33-3 | ER-03540-03547 |
| Exh. 26: 1858 N.C. ch 25, § 27 (15) | 3/6/24 | 33-3 | ER-03548-03557 |
| Exh. 27: 1866 Ala. ch. 260, § 2 (10) | 3/6/24 | 33-3 | ER-03558-03563 |
| Exh. 28: A.J. Walker, ed., *Revised Code of Alabama* (Montgomery: Reid & Screws, 1867), 169 | 3/6/24 | 33-3 | ER-03564-03568 |

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. 29: 1861 Miss. ch. 125 | 3/6/24 | 33-3 | ER-03569-03571 |
| Exh. 30: 1888 Ga. ch. 103, "Amending Charter of Jesup," § 46, Art. 30 | 3/6/24 | 33-3 | ER-03572-03591 |
| Exh. 31: 1889 Ga., ch. 640, "New Charter for Cedartown," § 36, Art. 30 | 3/6/24 | 33-3 | ER-03592-03611 |
| Exh. 32: 1891 N.C., ch. 327, "An Act to charter the Town of Leicester in the County of Buncombe, North Carolina," § 44. | 3/6/24 | 33-3 | ER-03612-03623 |
| Exh. 33: 1884 Ga., ch. 52 "For Support of State Government, 1885-86," § 2, Art 18 | 3/6/24 | 33-3 | ER-03624-03636 |
| Exh. 34: 1886 Ga., 14 "General Tax Act for 1887 and 1888," § 2, Art. 18 | 3/6/24 | 33-3 | ER-03637-03646 |
| Exh. 35: 1888 Ga., ch. 123 "General Tax Act for 1889 and 1890," § 2, Art. 17 | 3/6/24 | 33-3 | ER-03647-03658 |
| Exh. 36: 1890 Ga., ch. 131 "General Tax Act,"§ 2, Art. 16 | 3/6/24 | 33-3 | ER-03659-03670 |
| Exh. 37: 1892 Ga., ch. 133 "General Tax Act," § 2, Art. 16 | 3/6/24 | 33-3 | ER-03671-03684 |
| Exh. 38: 1894 Ga., ch. 151 "General Tax Act for 1895 and 1896," § 2, Art. 16 | 3/6/24 | 33-3 | ER-03685-03697 |
| Exh. 39: 1882 Ga. ch. 18, "For Support of State Government, 1883-84," § 2, Art. 18 | 3/6/24 | 33-3 | ER-03698-03705 |
| Exh. 40: Wade Keyes et al, eds., *Code of Alabama 1876* (Montgomery: Barrett & Brown, printers for the State, 1877), 292 | 3/6/24 | 33-3 | ER-03706-03709 |
| Exh. 41: 1886 Ala., ch. 3, § 5 (17) | 3/6/24 | 33-3 | ER-03710-03718 |
| Exh. 42: Robert C. Brickell et al, eds., *Code of Alabama* (Nashville: Marshall & Bruce), 194; William L. Martin, ed., *Code of Alabama* (Atlanta: Foote & Davies, 1897), 1137 | 3/6/24 | 33-3 | ER-03719-03722 |
| Exh. 43: 1898 Ala. ch. 903, § 16, (66) | 3/6/24 | 33-3 | ER-03723-03750 |
| Exh. 44: Robert C. Brickell et al., eds., *Code of Alabama* (Nashville: Marshall & Bruce, 1887), 191 n. 11 | 3/6/24 | 33-3 | ER-03751-03753 |

12

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Exh. 45: 1862 Tenn. ch. 23 | 3/6/24 | 33-3 | ER-03754-03756 |
| Exh. 46: 1879 Tenn. Ch. 96 | 3/6/24 | 33-3 | ER-03757-03759 |
| Exh. 47: Ark. 1881 ch. 96, § 3 | 3/6/24 | 33-3 | ER-03760-03763 |
| Expert Report and Declaration of Robert Escobar | 3/6/24 | 33-4 | ER-03764-03778 |
| Exh. A: Curriculum Vitae of Robert Escobar | 3/6/24 | 33-4 | ER-03779-03783 |
| **VOLUME 15 of 15** | | | |
| Expert Report and Declaration of Robert Spitzer | 3/6/24 | 33-5 | ER-03785-03815 |
| Exh. A: Curriculum Vitae of Robert J. Spitzer | 3/6/24 | 33-5 | ER-03816-03868 |
| Exh. B: Bowie Knife Laws by Type | 3/6/24 | 33-5 | ER-03869-03872 |
| Exh. C: Dangerous Weapons Restrictions (Years of Enactment) | 3/6/24 | 33-5 | ER-03873-03877 |
| Exh. D: Dangerous Weapons Laws | 3/6/24 | 33-5 | ER-03878-03981 |
| Plaintiffs' Unopposed Motion to Modify Court's Scheduling Order to Extend Pretrial Motion Date | 2/26/24 | 31 | ER-03982-03984 |
| Declaration of John W. Dillon in Support of Plaintiffs' Unopposed Motion to Modify Scheduling Order to Extend Pretrial Motion Date | 2/26/24 | 31-1 | ER-03985-03987 |
| Joint Motion Seeking Excusal from the Mandatory Settlement Conference and Related Requirements | 12/22/23 | 28 | ER-03988-03990 |
| Declaration of Katrina Uyehara in support of Joint Motion Seeking Excusal from the Mandatory Settlement Conference and Related Requirements | 12/22/23 | 28-1 | ER-03991-03993 |
| Order Granting Joint Motion to Dismiss Plaintiff's Complaint as to Defendants San Diego County Sheriff K. Martinez and San | 9/25/23 | 22 | ER-03994-03995 |

13

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Diego County District attorney S. Stephan [ECF NO. 21] | | | |
| Joint Motion for Order on Stipulation of the Parties to Dismiss Plaintiffs' Complaint Without Prejudice as to Defendants San Diego County Sheriff K. Martinez and San Diego County District Attorney S. Stephan [Fed R. Civ. P., Rule 41(a)(1)(A)(ii); CivLR 7.2 and 12.1] | 9/25/23 | 21 | ER-03996-03999 |
| Answer of Defendant Kelly Martinez, In Her Official Capacity as Sheriff for the County of San Diego, and Defendant Summar Stephan, in her official capacity as District Attorney for the County of San Diego, to Plaintiffs' Complaint [Demand for Jury Trial] | 6/02/23 | 9 | ER-04000-04011 |
| Proof of Service | 6/02/23 | 9-1 | ER-04012-04013 |
| Defendant's Answer to Complaint for Declaratory and Injunctive Relief | 6/02/23 | 8 | ER-04014-04025 |
| Order Granting Joint Motion to Extend Time to Respond to Complaint [ECF No. 6] | 5/01/23 | 7 | ER-04026-04027 |
| Joint Motion to Extend Time for Defendants Kelly Martinez and Summer Stephan to Respond to Plaintiffs' complaint – So that Their Response is Due on the same Date as defendant AG Bonta's Response to the Complaint [CivLR 7.2 and 12.1] | 5/01/23 | 6 | ER-04028-04031 |
| Defendant Rob Bonta's Special Appearance and Objection to Notice of Related Case | 3/20/23 | 4 | ER-04032-04036 |
| Notice of Related Cases (CivLR 40.1.f) | 3/17/23 | 3 | ER-04037-04042 |
| Summons in a Civil Action | 3/15/23 | 2 | ER-04043-04044 |
| Complaint for Declaratory and Injunctive Relief 42 U.S.C. § 1983 | 3/15/23 | 1 | ER-04045-04060 |
| Civil Cover Sheet | 3/15/23 | 1-1 | ER-04061-04062 |

14

*Knife Rights, Inc. et al. v. Bonta et al.*
District Court Case No. 3:23-cv-00474-JES-DDL
Appeal Case No. 24-5536

| | | | |
|---|---|---|---|
| Notice of Appeal | 9/09/24 | 52 | ER-04063-04065 |
| Certificate of Service re Notice of Appeal | 9/09/24 | 52-1 | ER-04066 |
| U.S. District Court Case Docket Sheet (Case No. 3:23-cv-00474-JES-DDL) | 12/23/24 | -- | ER-04067-04075 |